No. 76–105. FAITH HOSPITAL ASSN. *v.* BLUE CROSS HOSPITAL SERVICE, INC., OF ST. LOUIS ET AL.; and

No. 76–141. ST. LOUIS UNIVERSITY *v.* BLUE CROSS HOSPITAL SERVICE, INC., OF ST. LOUIS ET AL. C. A. 8th Cir. Certiorari denied.

No. 76–130. PENNSYLVANIA ET AL. *v.* KOBELINSKI, ADMINISTRATOR, SMALL BUSINESS ADMINISTRATION, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 76–136. HERRERA *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Orange. Certiorari denied.

No. 76–184. LOVISI ET UX. *v.* ZAHRADNICK, PENITENTIARY SUPERINTENDENT, ET AL. C. A. 4th Cir. Certiorari denied.

No. 76–237. IN RE APPLICATION OF HAY. C. C. P. A. Certiorari denied.

No. 76–239. BAMFORD ET AL. *v.* GARRETT ET AL. C. A. 3d Cir. Certiorari denied.

No. 76–246. VELASCO ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–249. POLL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–267. FLETCHER *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 76–268. ALMENDAREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–284. SUN SHIPBUILDING & DRY DOCK CO. *v.* UNITED STATES ET AL. Ct. Cl. Certiorari denied.